# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DUSHON ANTWAN GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-284 |
| | ) | |
| SHERIFF JOHN T. WILCHER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court previously denied *pro se* plaintiff Dushon Antwan Green's request to proceed *in forma pauperis* because it determined he is not indigent. *See* doc. 11. He was directed to remit the required filing fee by December 4, 2023, and advised that failure to pay the fee would result in dismissal. *See id.* at 3-4. The deadline for his payment has passed and he has not responded to the Court's Order. *See generally* docket. His Complaint is, therefore, **DISMISSED**. Doc. 1.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v.*

1

*Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006).  Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court.  Fed. R. Civ. P. 41(b).  Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness."  S.D. Ga. L.R. 41.1(b), (c).  Green's failure to pay the fee as directed merits dismissal.  Accordingly, his Complaint is **DISMISSED** for failing to pay the required filing fee, failing to obey a court order, and failing to prosecute his case.  Doc. 1.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 4th day of January, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA